```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )           4:06CR3091
                                )
      v.                        )
                                )
GLENDA R. AGUILAR,              )              ORDER
                                )
            Defendant.          )
                                )
```

The defendant has filed an unopposed motion for a 45-day continuance of her trial currently set to commence on September 5, 2006. The defendant states she needs this additional time to consider and complete plea negotiations.

IT THEREFORE HEREBY IS ORDERED:

1. The defendant's motion to continue, filing 15, is granted.

2. Defendant's trial is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on October 23, 2006 or as soon thereafter as the case may be called, for a duration of 3 trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3. This Court further finds that, based upon the showing set forth in defendant's motion, and specifically her need for additional time to consider and negotiate a plea, the ends of justice will be served by continuing defendant's trial, and taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from today's date until October 23, 2006 shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED this 24th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge