IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GLENDA R. AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to amend conditions of the post-sentencing release (filing 38) is granted. The defendant shall reside with her sister, Janice Jakubowski, in Grand Island, Nebraska, until the defendant's commitment date to the Federal Bureau of Prisons.

    March 5, 2007.        BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge